470 A.2d 450

**Guy BOYD, Jr., Petitioner,**

**v.**

**COMMONWEALTH of Pennsylvania.**

Supreme Court of Pennsylvania.

Dec. 27, 1983.

ORDER

PER CURIAM:

The petition for allowance of appeal is granted. The order of the Superior Court is vacated insofar as it affirms the conviction of possessing a controlled substance, and the

6. *Boyle v. O'Bannon, supra* (Nix, J., dissenting).

case is remanded for a new trial on that charge. In all other respects the order of the Superior Court is affirmed.